UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| CHRISTINA HERNANDEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of the<br>Social Security Administration,<br><br>    Defendant. | Case No. ED CV 14-1741-AS<br><br>**JUDGMENT** |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: January 27, 2016.

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE